UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL NEWMAN, ERIC GUTMAN, and WILLIAM WONG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>SL GREEN REALTY CORP and SUMMIT OVA TENANT LLC,<br><br>                Defendants. | Case No.: 1:24-cv-00335-VSB |

> This action is DISMISSED without prejudice. The Clerk of Court is directed to CLOSE the case.
>
> SO ORDERED. Dated October 29, 2025.
>
> /s/ Margaret M. Garnett
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Plaintiffs Joel Newman, Eric Gutman, and William Wong ("Plaintiffs") and Defendants SL Green Realty Corp and Summit Ova Tenant LLC ("Defendants") jointly file this status report pursuant to the Court's June 26, 2025 Order.

On June 26, 2025, the Court granted Defendants' Motion to Compel Arbitration and stayed the case pending resolution of Plaintiffs' arbitration.

At this time, Plaintiffs' counsel has decided to voluntarily dismiss their claims in the above-captioned action against Defendants without prejudice.

Dated: October 24, 2025

**MEISTER SEELIG & FEIN PLLC**

By: */s/ Stephen B. Meister*
Stephen B. Meister, Esq.
Benjamin D. Bianco, Esq.
Caitlin R. Trow, Esq.
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Fax: (212) 655-3535
Email: sbm@msf-law.com
        bdb@msf-law.com
        crt@msf-law.com

**Counsel for Defendants**

**LEVI & KORSINSKY, LLP**

By: */s/ Mark S. Reich*
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com

**Counsel for Plaintiff**